**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03643-SKC

TURNKEY LINUX LTD., an Israeli Corporation,

    Plaintiff,

v.

PRIVATE INTERNET ACCESS, an Indiana Company formerly known as London Trust Media Incorporated,

    Defendant.

---

**DEFENDANT PRIVATE INTERNET ACCESS'
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Private Internet Access ("PIA") states that PIA is a non-governmental corporate party. Kape Technologies PLC, which is a publicly traded company, is PIA's parent company and wholly owns PIA.

Respectfully submitted this 24th day of February 2021.

        */s/ Chris LaRocco*
        Chris LaRocco
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com

Ivan L. London
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
ivan.london@bclplaw.com

*Attorneys for Private Internet Access*

1

## CERTIFICATE OF SERVICE

   I hereby certify that on this 24th day of February 2021, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed via CM/ECF which will send notice of the filing to counsel of record as follows:

David Alan Makman
Law Offices of David Alan Makman
483 Seaport Court, Suite 103
Redwood City, CA 94063
Phone: 650-520-5584
Email: david@makmanlaw.com

*Attorney for Plaintiff*

              *s/ Chris LaRocco*
              Chris LaRocco

2

603043105