**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03643-SKC

TURNKEY LINUX LTD., an Israeli Corporation,

 Plaintiff,

v.

PRIVATE INTERNET ACCESS,
formerly known as
London Trust Media Incorporated,
an Indiana Company

 Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE OF IVAN L. LONDON**

---

 Ivan L. London of the law firm of Bryan Cave Leighton Paisner LLP hereby enters his appearance as counsel of record for Defendant Private Internet Access.

 Respectfully submitted this 24th day of February, 2021.

       *s/Ivan L. London*
       Ivan L. London
       BRYAN CAVE LEIGHTON PAISNER LLP
       1700 Lincoln Street, Suite 4100
       Denver, CO 80203
       Telephone: (303) 861-7000
       ivan.london@bclplaw.com

       *Attorney for Private Internet Access*

Of counsel:

       Chris LaRocco
       Eric Rieder
       BRYAN CAVE LEIGHTON PAISNER LLP
       1290 Avenue of the Americas
       New York, NY 10104
       Telephone: (212) 541-2000
       chris.larocco@bclplaw.com
       eric.rieder@bclplaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 24th day of February, 2021, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF IVAN L. LONDON** was filed via CM/ECF which will send notice of the filing to counsel of record as follows:

David Alan Makman
Law Offices of David Alan Makman
483 Seaport Court, Suite 103
Redwood City, CA 94063
Phone: 650-520-5584
Email: david@makmanlaw.com

*Attorney for Plaintiff*

*s/Ivan L. London*
Ivan L. London
