IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 20-cv-03643-RM-SKC | Date: March 16, 2021 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                          *Counsel:*

TURNKEY LINUX LTD.,                                 David Makman

    Plaintiff,

v.

PRIVATE INTERNET ACCESS,                        Chris LaRocco
                                                                           Ivan London

    Defendant.

## COURTROOM MINUTES

**HEARING: TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:01 a.m.**
Court calls case.  Appearances of counsel.

Counsel advises that they have a settlement in principle and are in the process of preparing a settlement agreement.  Counsel agrees to not enter a scheduling order at this time.

**ORDERED:**  No later than April 6, 2021, counsel shall file a notice of settlement, or, a joint status report updating the Court on the status of ongoing settlement discussions.

Hearing concluded.

**Court in recess: 11:07 a.m.**
Total time in court:    00:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.