IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03643-RM-SKC

TURNKEY LINUX LTD., an Israeli Corporation,

        Plaintiff,

v.

PRIVATE INTERNET ACCESS, INC.
formerly known as
London Trust Media Incorporated, an Indiana Company,

        Defendant.

## NOTICE OF SETTLEMENT AND
## STIPULATION OF DISMISSAL WITH PREJUDICE

This is to inform the Court that the parties have settled this action.

Pursuant to FRCP 41(a), the parties stipulate that this action be dismissed in its entirety, with prejudice.

DATE: April 6, 2021

| | |
|---|---|
| */s/ David Alan Makman* | */s/ Chris LaRocco* |
| David Alan Makman | Chris LaRocco |
| The Law Offices of David A. Makman | BRYAN CAVE LEIGHTON PAISNER LLP |
| 483 Seaport Court, Suite 103 | 1290 Avenue of the Americas |
| Redwood City, CA 94063 | New York, New York 10104 |
| Tel: 650-520-5583 | Telephone: (212) 541-2000 |
| David@makmanlaw.com | chris.larocco@bclplaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |